SOPHIE FEIBEL, Respondent, v. HELEN FEIBEL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

In the Matter of the Petition of ALMA BROWN to Prove the Last Will and Testament of MARY SCHILLING, Late of the County of Kings, Deceased.— Order of the Surrogate's Court of Kings county, setting aside the verdict of the jury and ordering a new trial, affirmed, with costs to abide the event. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Application of the PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT OF THE STATE OF NEW YORK, etc., Relative to Acquiring Certain Easements, etc., at Fulton, Willoughby and Adams Streets, in the Borough of Brooklyn, City of New York. THE CITY OF NEW YORK, Appellant; THE BROOKLYN CITIZEN, Respondent.— Final decree unanimously affirmed, with costs. No opinion. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

MELL & SONS LUMBER Co., INC., Respondent, v. LONG ISLAND PACKING BOX Co., INC., Appellant.— Judgment of the County Court of Queens county, and order denying motion for judgment upon the pleadings, brought up for review, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

JOHN MEYER, Appellant, v. FLORENCE MEYER, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

NEW YORK MILITARY ACADEMY, Respondent, v. MORRIS WOLF, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE HADDEN, Appellant.— Judgment of conviction by the County Court of Kings county affirmed. No opinion. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY HUGHES, Appellant.— Judgment of conviction by the County Court of Rockland county affirmed. No opinion. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SILVESTRO MURATRO, Alias, etc., Appellant.— Judgment of conviction by the County Court of Kings county affirmed. No opinion. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.